IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK MEISINGER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SOUTHWEST IOWA RENEWABLE<br>ENERGY, LLC,<br><br>　　　　　　Defendant. | 8:15CV3045<br><br><br>**ORDER** |

Parties filed a joint motion for the extension of certain deadlines.  (Filing No. 22).


IT IS ORDERED that the final progression order is amended as follows:

1)　　　The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

　　　　　　For the plaintiff(s):　　　　　April 28, 2016.

　　　　　　For the defendant(s):　　　　June 13, 2016.


2)　　　The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 13, 2016.


3)　　　The parties shall comply with all other stipulations and agreements recited in the Final Progression Order, (filing no. 11), that are not inconsistent with this order.

March 14, 2016.


　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　United States Magistrate Judge